Michael H. Kim, Esq. (State Bar No. 200792)
MICHAEL H. KIM, P.C.
3435 Wilshire Blvd., Suite 2700
Los Angeles, CA 90010
Telephone: (213) 738-6005
Facsimile: (888) 876-7572
Email: michaelhkimla@gmail.com

Attorneys for Plaintiff
OLIVIER CANTADA

Denise M. Visconti, Esq. (State Bar No. 214168)
Liliya Stanik, Esq. (State Bar No. 259977)
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101-3577
Telephone: (619) 232-0441
Facsimile: (619) 232-4302

Attorneys for Defendant
EMD MILLIPORE CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIER CANTADA, an individual,<br><br>       Plaintiffs,<br><br>vs.<br><br>EMD MILLIPORE CORPORATION, a Massachusetts corporation; and DOES 1 through 20, inclusive,<br><br>       Defendants. | Case No. CV 12-10507 DDP (RZx)<br><br>**ORDER TO DISMISS CASE WITH PREJUDICE** |

Case No. CV 12-10507 DDP (RZx)
**[PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE**

1
2      Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice filed on December 16, 2013, this case is DISMISSED WITH PREJUDICE

3      **IT IS SO ORDERED.**

4
5   DATED:  December 17, 2013

6
7                                         Hon. Dean D. Pregerson

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28